**Wilbur M. LAULO and, Mary S. Laulo Plaintiff/Appellant,**

v.

**Kevin CHEEK and Leslie Cheek, Defendant/Respondent.**

**No. ED 76770.**

Missouri Court of Appeals, Eastern District, Division One.

Aug. 8, 2000.

Mary S. Laulo, Imperial, for appellant.

Randall D. Sherman, Wegmann, Gasaway, Stewart, Schneider, Dieffenbach, Tesreau & Sherman, P.C., Hillsboro, for respondent.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., JAMES R. DOWD, J.

*ORDER*

PER CURIAM.

This is an appeal from judgment denying Wilbur and Mary Laulo's request for injunctive relief. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the par-

ties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).